

# Fourth Court of Appeals
## San Antonio, Texas

October 4, 2022

No. 04-22-00483-CR

Ricardo **GONZALES**, Jr.,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 186th Judicial District Court, Bexar County, Texas
Trial Court No. 2017-CR-13554
Honorable Jefferson Moore, Judge Presiding

# O R D E R

The reporter's record was originally due September 19, 2022 but was not filed. On that date, the court reporter filed a notification of late record, stating that the reporter's record was not filed because appellant had failed to pay or make arrangements to pay the court reporter's fee for preparing the record and that appellant was not entitled to appeal without paying the fee. The court reporter requested an extension until October 28, 2022 to file the record.

On September 24, 2022 we ordered that appellant provide written proof to this court that either: (1) the reporter's fee has been paid or arrangements have been made to pay the reporter's fee; or (2) appellant is entitled to appeal without paying the reporter's fee. On September 29, 2022, appellant provided a written response stating appellant "filed a request for the records in forma pauperis on September 14, 2022. Judge Moore granted the motion and ordered a free record on September 22, 2022." Appellant also filed an amended docketing statement containing updated information about his indigency.

After consideration, we **GRANT** the request and **ORDER** the court reporter to file the record by **October 28, 2022**.

_____
Beth Watkins, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 4th day of October, 2022.



_____
MICHAEL A. CRUZ, Clerk of Court